# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2105EM

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Kenneth Waller, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 15, 1998
Filed: December 23, 1998

_____

Before FAGG, HEANEY, and WOLLMAN, Circuit Judges.

_____

PER CURIAM.

Kenneth Waller appeals his drug-related convictions. Waller contends the district court improperly instructed the jury on constructive possession. Waller also contends the evidence is insufficient to support the jury's verdict. We conclude that an extended discussion of the issues presented by this appeal will serve no useful purpose. We have carefully considered Waller's contentions and find them to be without merit. We thus affirm Waller's convictions. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.